UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Parklane, Inc.; Kwong Ho Keh; Wan Hui Nam; and Chun Sik Pak,
Plaintiff(s)

v.

Sung Ho Kim

Defendant(s)

CIVIL ACTION NO.
07-cv-06066 (JLL)(CCC)

## APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending by fifteen (15) days the time within which defendant(s) Sung Ho Kim may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on 11/24/07; and
3. Time to Answer, Move or otherwise Reply expires on 12/25/07.
4. An application to remove the case from New Jersey Superior Court was filed on 12/20/07.

Kim & Bae, P.C.
Attorney for Defendant(s)
Address: 2160 N. Central Rd., Suite 303
Fort Lee, New Jersey 07024

## ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk