AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, ANSWER, VERIFIED COUNTERCLAIM, EXHIBITS |
| EFFECTED (1) BY ME: | CHRISTOPHER OBIE |
| TITLE: | PROCESS SERVER     DATE: 02/29/2008  02:05PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

CAA, LLC.

Place where served:

333 SYLVAN AVE. SUITE 101 ENGLEWOOD CLIFFS NJ 07666

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

CATTIE KIM

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 30-40   HEIGHT: 5'3"-5'6"   WEIGHT: 120-140 LBS.   SKIN: YELLOW   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____      SERVICES $ ____.____      TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02/29/2008

SIGNATURE OF CHRISTOPHER OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

02/29/08

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | BONG JUNE KIM, ESQ. |
| PLAINTIFF: | PARKLANE INC. ET AL |
| DEFENDANT: | SUNG HO KIM, ET AL |
| VENUE: | DISTRICT OF NJ |
| DOCKET: | 07 CV 6066 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ