# HERRICK

NEW YORK
NEWARK
PRINCETON

PAUL H. SCHAFHAUSER
PARTNER
Direct Tel:   973.274.2098
Direct Fax:   973.274.6414

Email:  pschafhauser@herrick.com

December 18, 2009

**VIA ELECTRONIC FILING AND FIRST CLASS MAIL**

Honorable Jose L. Linares, U.S.D.J.
U.S. District Court
Martin Luther King, Jr. Federal Building
   and Courthouse
50 Walnut Street, Room 5054
P.O. Box 999
Newark, New Jersey 07101-0999

      Re:    Parklane, Inc., et al v. Sung Ho Kim and Sung Ho Kim, et al v. Parklane, Inc., et al and Chemtek at Alpine, LLC, et al
           Civil Action N. 07-6066 (JLL) (CCC)

Dear Judge Linares:

    This firm represents defendant/counterclaim plaintiff Sung Ho Kim in connection with the above-referenced action. On December 8, 2009, Your Honor entered an Order granting Mr. Kim leave to file an Amended Answer and Third Party Complaint consistent with the Court's Order dated November 24, 2009 (the "Order"). (Docket No. 50). The Order further provided that the Amended Answer and Third Party Complaint be filed on or before December 18, 2009. Mr. Kim is currently out of the county and we need to further confer with him for purposes of preparing and finalizing the Amended Answer and Third Party Complaint. Accordingly, we respectfully request that the time for Mr. Kim to file an Amended Answer and Third Party Complaint pursuant to the Court's Order dated November 24, 2009 be extended to and including December 28, 2009.

    If the Court approves the requested extension of time, we would respectfully request that this letter be "So-Ordered" and a copy returned by efiling. Thank you.

Respectfully submitted,

Paul H. Schafhauser

SO-ORDERED:

_s/Claire C. Cecchi_
HON. ~~JOSE L. LINARES, U.S.D.J.~~
Claire C. Cecchi, U.S.M.J.   Dated: 12/18/09

cc:    Edward S. Kiel, Esq. (by email and ECF)
       Paul Faugno, Esq. (by email and ECF)

HERRICK, FEINSTEIN LLP

ONE GATEWAY CENTER, NEWARK, NJ 07102 • TEL 973.274.2000 • FAX 973.274.2500 • www.herrick.com